## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2:24-md-03127-SHL-cgc  Judge Sheryl H. Lipman |

## DEFENDANT EVOLVE BANK & TRUST'S STATEMENT OF SUPPORT FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Defendant Evolve Bank & Trust ("Defendant") files this statement in support of the Motion for Preliminary Approval of Settlement filed by Plaintiffs in this matter on April 1, 2025. ECF 69. The parties participated in arm's length and good faith mediation that resulted in a settlement agreement that Defendant believes is fair to the parties and the class and a reasonable resolution of the litigation. In support of Plaintiffs' Motion, Defendant concurrently files the Declaration of Mark Mosteller.

THIS the 15th day of April 2025.          Respectfully Submitted,

**ORRICK HERRINGTON & SUTCLIFFE LLP**

By:*/s/ Aravind Swaminathan*
Aravind Swaminathan (WA Bar No. 33883)
401 Union Street, Ste. 3300
Seattle, WA 98101
(206) 839-4340
aswaminathan@orrick.com

Marc R. Shapiro (NY Bar No. 4403606)
51 West 52nd Street
New York, NY 10019-6142
(212) 506-3546
mrshapiro@orrick.com

Amisha R. Patel (DC Bar No. 1005420)
2100 Pennsylvania, NW
Washington, DC 20037
(202) 339-8457
(202) 339-8401 (fax)
apatel@orrick.com

*Attorneys for Defendant Evolve Bank & Trust*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this day filed the above DEFENDANT EVOLVE BANK

& TRUST'S STATEMENT OF SUPPORT FOR MOTION FOR PRELIMINARY APPROVAL

OF SETTLEMENT with the Clerk of the Court using the ECF system which sent notification of

such filing to all counsel of record.

SO CERTIFIED, this the 15th day of April 2025.


*/s/ Aravind Swaminathan*
Aravind Swaminathan